# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

155759

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                    SC: 155759
                                                     COA: 324384
                                                     Wayne CC: 12-000948-FC

CHARLES DAMON JONES,
        Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the January 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

a0228